# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re )
)
John C. Rex, Sr. )
) Chapter 13
Debtor(s) ) Case No. 17-42028-EDK
)

## MODIFICATION OF PLAN PRIOR TO CONFIRMATION

The debtor(s) hereby modify the Chapter 13 plan previously filed in this case as follows:

\_\_\_\_\_ Unsecured dividend changed from \_\_\_\_\_% to \_\_\_\_\_%.

\_\_\_\_\_ Plan payments are changed from $\_\_\_\_\_ to $\_\_\_\_\_ each \_\_\_\_\_.

__X__ The term of the plan is reduced to __59__ months.

\_\_\_\_\_ The treatment of claims shall be changed as follows:


- BSI Financial Services will be paid its pre-petition arrears in the amount of $186,294.74 per its Proof of Claim.

- Trustee's recalculation of the plan term based on the debtor's disposable income and timely filed claims.


Notice to creditors and a hearing on this modification are not required as the modification does not adversely affect the rights of unsecured creditors and the holder(s) of any claim affected by this modification have consented to th: modification.

DATED: 6/ /18

/s/ John C. Rex, Sr.
DEBTOR - John C. Rex, Sr.

ATTORNEY FOR DEBTOR(S)
Gary W. Cruickshank, Esq.

ATTORNEY FOR CHAPTER 13 TRUSTEE

DEBTOR -                                        ATTORNEY FOR CREDITOR